[No. 27760-0-I.  Division One.  January 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON CLAUDE
WEYGANDT, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 89-1-00902-6, John F. Wilson, J., entered

January 29, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker and Kennedy, JJ.